IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CRIMINAL NO: 6:10MJ6004-003 USA V. TEXAMERICAN FOOD BLENDING, INC.

COURT PERSONNEL:
MAGISTRATE: BARRY A. BRYANT
CLERK: Danita Gallagher
RECORDER: Danita Gallagher, ECRO
GOVERNMENT: Matt Fleming
INTERPRETER:

DEFENDANT'S COUNSEL:
Name: Lance Garner
Address: 209 Hobson Ave.
City: Hot Springs, AR 71913
Phone: 501-624-4233
(x)RET ( )FPD ( )WV ( )CJA

**INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET**

(x) Proceedings: ( ) initial appearance (x) arraignment and plea
(x) Charges: ( ) magistrate complaint (x) information ( ) indictment
( ) Rule 40 - District and case number:
( ) Petition on probation/supervised release
(x) Level of offense: ( ) petty (x) misdemeanor ( )Felony
(x) Defendant appeared: (x) with counsel ( ) without counsel
( ) Waiver of counsel executed and filed
( ) CJA 23 financial affidavit executed
( ) Counsel appointed
( ) Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate representation
(x) Inquiry made that defendant does not suffer from mental disease or disorder and is able to comprehend proceedings
( ) Court finds that defendant is person named in Rule 40 charging document
( ) Defendant informed of provisions of Rule 20 proceedings
( ) Consent to proceed before magistrate executed and filed
( ) Waiver of trial by jury executed and filed
( ) Waiver of thirty days to prepare for trial executed and filed
(x) Defendant informed of rights
(x) Defendant informed of maximum possible penalties, including payment of special assessment and restitution
( ) Waiver of indictment executed and filed
( ) Information filed
( ) Indictment read ( ) substance of charge stated
( ) Information read (x) substance of charge stated
( ) Complaint read ( ) substance of charge stated
(x) Defendant waived reading of: ( ) indictment (x) information ( ) complaint
( ) Rule 11(e) plea agreement disclosed on record and filed

DEFENDANT'S PLEA:
(x) Not guilty to count(s) all counts
( ) Guilty to count(s)_____________________
( ) Nolo contendere to count(s)___________
( ) Court entered plea of not guilty for defendant

SCHEDULE SETTING:
( ) Preliminary hearing:______________________
( ) Detention hearing ___________________________
( ) Detention hearing set for: _____________________
( ) Revocation hearing:_________________________
(x) Trial Date: July 13, 2010 at 9:00 am in Hot Springs, Arkansas
( ) Sentenced: __________________________________________

MOTION DEADLINE:
( ) Defendant directed to file Rule 16 discovery motions within **5** days
( ) Government directed to file responses to motions and file its Rule 16 discovery motions within **7** days
( ) Defendant directed to file Rule 12(b) pretrial motions and/or motion for bill of particulars within **5** days after government responses

BOND:
( ) Bond set at $5,000.00 unsecured bond
( ) Defendant released on present bond
( ) Defendant to make bond and be released
( ) Defendant remanded to custody of USMS

SPECIAL CONDITIONS OF RELEASE:
( ) Pretrial supervision as directed by the U.S. Probation Office.

Proceedings began: 2:00
Proceedings ended: 2:15
DATE: May 11, 2010