IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF

v.                Case No 6:10-MJ-6004

DAYWARD YARBROUGH,                  DEFENDANTS
GRANT SIZEMORE, and
TEXAMERICAN FOOD BLENDING, INC.

**ORDER**

     **BEFORE** the Court is the Motion for Continuance filed herein by the Defendants. (Doc. No. 14). The Government has responded to the request for continuance and has no objection. (Doc. No. 15). This matter is currently set for trial on July 13, 2010.

     Defendants assert a continuance is warranted to allow them enough time to prepare their defense to the charges against them in this matter. Specifically, a continuance is necessary to allow Defendants to complete discovery of documents, depositions, and statements in a civil proceeding involving many of the same issues in the instant criminal case. The related civil case is pending in the Circuit Court for the 11th Judicial District of Hamilton County, Tennessee. Defendants assert the information they seek to obtain in that civil matter may be critical to their defense in this matter. The Government does not object to this requested continuance. For the foregoing reasons, the Court finds that the ends of justice in granting the requested continuance outweigh the interests of the public and the Defendants in a speedy trial and that the Motion for Continuance should be granted.

     **IT IS THEREFORE ORDERED** the Defendants's Motion for Continuance (Doc. No. 14)

is **GRANTED**.  The trial setting of July 13, 2010 is hereby continued and will be reset by subsequent order of this Court for a later date.

**IT IS FURTHER ORDERED** that any period of time between the filing of the Motion for Continuance and the new trial date to be set by this Court is excluded for purposes of speedy trial computation pursuant to 18 U.S.C. §3161.

**SO ORDERED** this **29th day of May, 2010.**

    /s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE